THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GELLES, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MANHATTAN TAXI SERVICE CORPORATION, Appellant, v. MOGUL FINANCE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NETHERLAND HOLDING CORPORATION, Respondent, v. RUSSEL H. KITTEL and ROBERT K. TAYLOR, Appellants, Impleaded with Another; RUSSEL H. KITTEL and ROBERT K. TAYLOR, Appellants, and MABEL B. KITTEL, Plaintiff, v. NETHERLAND HOLDING CORPORATION, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISADORE SCHEINBERG and Others, Respondents, v. SCHEINBERG ESTATES, INC., and Others, Appellants.*— Judgment modified by providing that the accounting shall be only from the date of the 1929 settlement, and as so modified affirmed, with costs to the appellants. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS ZACK, Plaintiff, v. JEREMIAH ZADO NOORIAN, Respondent, Impleaded with BELLE W. NOORIAN and Others, Defendants, and EQUITABLE CASUALTY AND SURETY COMPANY and Others, Appellants.— Judgments affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SUPERIOR SHOWCASE COMPANY, INC., Respondent, v. MORRIS HELLER, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

COLONIAL RADIO CORPORATION, Respondent, v. ANTHONY F. IRAGGI, Doing Business, etc., Appellant.— The order granting motion for judgment not having been printed in the record, we are unable to make a direction with respect to its affirmance. We have, however, considered the merits and would affirm the judgment if the record were complete. We are constrained under the circumstances to dismiss the appeal. Appeal dismissed, with ten dollars costs and disbursements to the respondent. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE YALE AND TOWNE MANUFACTURING COMPANY, Appellant, v. LINUS KEATING and Others, as Executors and Trustees, etc., of THOMAS F. KEATING, Deceased, Respondents.— Order dated June 29, 1931, modified so as to provide for the vacating of order dated June 12, 1931, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM KRISHINSKY, an Infant, by His Guardian ad Litem, MORRIS KRISHINSKY, and MORRIS KRISHINSKY, Appellants, v. EVA RUBIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.